Case 2:16-cr-00754   Document 10   Filed in TXSD on 08/26/16   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 26, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | MAGISTRATE JUDGE NO. 2:16-MJ-1063 |
| | § | |
| ARTURO MELGOZA | § | |

### MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  The following requires detention of the Defendant pending trial in this case:

(1)   There is a serious risk that the Defendant will not appear; and

(2)   There is a serious risk that the Defendant will endanger the safety of another person or the community.

The evidence against the Defendant meets the probable cause standard.  The findings and conclusions contained in the Pretrial Services Report are adopted.  The Defendant was on bond for a felony theft and burglary of a building when he committed the instant offense, reflecting that he is either unwilling or unable to comply with court-ordered conditions of release.  At least one of his bonds will be surrendered by the bonding company for commission of this offense.  If the Defendant is arrested or in state custody, he will be unable to appear for federal proceedings. He is a poor bond risk.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending

appeal.  The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 26th day of August, 2016.

                                                     _____
                                                     B. JANICE ELLINGTON
                                                     UNITED STATES MAGISTRATE JUDGE